955 A.2d 1012

**Glenn WIGGINS, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Aug. 27, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 27th day of August, 2008, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are both **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to issue, within 30 days of this order, a rule to show cause upon the District Attorney of Philadelphia County as to why the August 25, 2001 charges against Petitioner docketed at MC–51–CR–0828431–2001 should not be dismissed. *See Smith v. Hooey,* 393 U.S. 374, 89 S.Ct. 575, 21 L.Ed.2d 607 (1969). The rule to show cause shall be returnable within 45 days of the trial court's order. Jurisdiction is relinquished.